Michael WILLIAMS, Appellant,

v.

David CRIST, Warden; Mary McComb, Assistant Warden; Mark Thielen, A–West Operations; Sue Nau, Program Director; Wendell Anderson, A–Segregation Lieutenant; Miller, Canteen Lieutenant; Debra Nelson, Disciplinary Supervisor; Craig Oseland, Disciplinary Member; Finnegan, Squad Sergeant; Salazar; Stroeing, A–Segregation Officer; Nancy Manson, Health Care Unit Supervisor (former); John Schotzke, Health Care Unit Doctor; Melinda K. Morse; A. Haffner, Segregation Sergeant; Lt. Levasseur, A–Segregation Sergeant; Doug Waiters, Property Officer; Lisa Erickson, Officer; Sara Newcomb, Officer; Gretchen A. Otto, L.A.P. Attorney; Linda Hardee, Program Director and Chief Sponsor; David Paulson, Medical Director of D.O.L.; John Lamey, M.D.; Dana Baumgartner, Health Care Administrator; Christopher Ceman, M.D.; Maureen Connor, H.C.U. Administrator; Mike Seath; Nedra Fitzloff–Meyer; Olson; Carbo, Assistant Warden, Appellees.

No. 02–2369.

United States Court of Appeals, Eighth Circuit.

Submitted June 3, 2003.

Decided June 27, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Minnesota inmate Michael Williams appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against various prison officials and employees and medical personnel. After carefully reviewing the record, we conclude that summary judgment—as well as the rulings related to Williams's motions for appointed counsel, and his attempt to file a belated amended complaint—were proper, and that an extended opinion is not warranted. See 8th R. 47B.

A true copy.

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.